NUMBER 13-02-438-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


____________________________________________________________________


PEDRO SALINAS , Appellant,



v.




DIANA HAHN , Appellee.

____________________________________________________________________


On appeal from the 36th District Court

of Aransas County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam



 Appellant, PEDRO SALINAS , perfected an appeal from a judgment entered by the 36th District Court of Aransas
County, Texas, in cause number A-01-0195-CV-A . The clerk's record was filed on November 20, 2002 . Pursuant to Tex.
Gov't Code §51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount of $125.00 is due upon the filing of an appeal. To
date, appellant has failed to pay the filing fee. 

 On December 10, 2002, pursuant to Tex. R. App. P. 42.3(c), notice was given to appellant that he was delinquent in
remitting this filing fee and that, unless the filing fee was paid within ten days from the date of receipt of this Court's
notice, this appeal would be dismissed. To date, appellant has failed to respond to this Court's notice.

 The Court, having considered the documents on file and appellant's failure to comply with the rules, is of the opinion that
the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Opinion delivered and filed this

the 6th day of March, 2003.